# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 3/2/2026 |
| Case: 26−03512 | Form ID: 309F1 | Total: 26 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Carey Heirs Properties, LLC | 3501 S. Laramie Avenue    Stickney, IL 60804 |
| aty | Barry A Chatz | Saul Ewing Arnstein & Lehr LLP    161 North Clark Street    Suite 4200    Chicago, IL 60601 |
| smg | Department of the Treasury | Internal Revenue Service    P.O. Box 7346    Philadelphia, PA 19101 |
| smg | Internal Revenue Service | Mail Stop 5014CHI    230 S. Dearborn Street, Room 2600    Chicago, IL 60604 |
| 31920110 | Aria Group Architects, Inc | 830 North Blvd    Oak Park, IL 60301 |
| 31920114 | CDI, Inc | 600 Hurstbourne Pkwy, Ste 400    Louisville, KY 40222 |
| 31920123 | Caesar's | 4811 Versailles Rd    Lexington, KY 40510 |
| 31920126 | Carey White Boland Murnighan & Murray, LLC | 33 W Jackson Blvd, 5th Fl    Chicago, IL 60604 |
| 31920125 | Constellation New Energy, Inc | P.O. Box 4640    Carol Stream, IL 60197 |
| 31920131 | Croke Fairchild Duarte & Beres LLC | 180 N LaSalle St, Ste 3400    Chicago, IL 60601 |
| 31920127 | Del Mar Thoroughbred Club | 2260 Jimmy Durante Blvd    Del Mar, CA 92014−0700 |
| 31920108 | Fanatics, LLC | 8100 Nations Way    Jacksonville, FL 32256 |
| 31920115 | Horseracing Integrity | 401 W Main St, Ste 222    Lexington, KY 40507 |
| 31920104 | Internal Revenue Service | P.O. Box 7346    Philadelphia, PA 19101 |
| 31920116 | Laurel | P.O. Box 130    Laurel, MD 20725 |
| 31920105 | Mail Stop 5014CHI | 230 S. Dearborn Street, Room 2600    Chicago, IL 60604 |
| 31920124 | Meadowlands | 50 State Rte 120    E Rutherford, NJ 7073 |
| 31920109 | Monarch Content Management | 285 W Himting Dr    Arcadia, CA 91007 |
| 31920128 | NYRA | P.O. Box 95000−3820    Philadelphia, PA 19195−0001 |
| 31920130 | PARX | P.O.Box 1000    Bensalem, PA 19020−2096 |
| 31920129 | Penn National | Box 32    Grantville, PA 17028 |
| 31920112 | Roberts Communications Network, LLC | 4075 Volunteer Blvd    Henderson, NV 89044−1845 |
| 31920132 | Tampa Bay Downs | 11225 Race Track Rd    Tampa, FL 33626 |
| 31920111 | WE O'Neil Construction Co | 1245 W Washington Blvd    Chicago, IL 60607 |
| 31920133 | Waste Management | P.O. Box 4648    Carol Stream, IL 60197−4648 |
| 31920113 | Woodbine Thoroughbred | P.O. Box 156    555 Rexdale Blvd    Etobicoke, ON M9W 5L2    Canada |

TOTAL: 26